IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:20-CV-240-BO

BRENTON L. GRICE, *et al.*, )
    Plaintiffs, )
 )
v. ) ORDER
 )
ATLANTIC WIRELESS )
COMMUNICATIONS, INC., )
    Defendant. )

This cause comes before the Court following the expiration of the stay previously entered to allow the parties to engage in settlement negotiations. The parties have reported that the case has not settled. [DE 22].

Accordingly, the stay is hereby LIFTED. The parties are DIRECTED to file a discovery plan within fourteen days of the date of entry of this order.

SO ORDERED, this 23 day of September, 2021.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE